IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEST VIRGINIA HIGHLANDS
CONSERVANCY, INC., and
WEST VIRGINIA RIVERS COALITION,

        Plaintiffs,

v.                     //     CIVIL ACTION NO. 1:07CV87
                                 (Judge Keeley)

STEPHANIE TIMMERMEYER, Secretary
West Virginia Department of
Environmental Protection,

        Defendant.

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **October 1, 2007 at 10:00 a.m.**, is **RESCHEDULED** for **October 1, 2007 at 2:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**. Counsel for defendant shall notify plaintiff's counsel no later than 2:00 p.m. on September 28, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 27, 2007.

                          /s/ Irene M. Keeley
                          IRENE M. KEELEY
                          UNITED STATES DISTRICT JUDGE