# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**West Virginia Highlands Conservancy, Inc.,**
**West Virginia Rivers Coalition, Inc.,**
    **Plaintiffs,**

            v.            **CIVIL NO: 1:07-cv-00087-IMK**

**Stephanie Timmermeyer, Secretary,**
**West Virginia Department of**
**Environmental Protection**
    **Defendant.**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of James M. Hecker, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *10/1/07*                        _Irene M. Keeley_
                                                     United States District Judge